UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAMSBURG CLIMBING GYM COMPANY LLC and FIFTH CONCERTO HOLDCO, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> RONIT REALTY LLC, <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 1:20-cv-02073-FB-RML <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT <u>ON LIABILITY</u>** |

PLEASE TAKE NOTICE that, upon the Declaration of Jay Weitzman, dated February 23, 2021, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior proceedings and papers filed herein, Defendant/Counterclaim-Plaintiff Ronit Realty LLC ("Ronit"), by its attorneys, Stein Adler Dabah Zelkowitz LLP, will move this Court before the Honorable Frederic Block, United States District Judge, at the United States District Court for the Eastern District of New York, at a time and date to be set by the Court, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure: (i) declaring that the lease between Ronit and Plaintiff/Counterclaim-Defendant Williamsburg Climbing Gym Company LLC ("Williamsburg Climbing") has not been frustrated or rendered impossible and, therefore, Williamsburg Climbing did not lawfully terminate the lease; (ii) declaring that the obligations under the guaranty executed by Plaintiff/Counterclaim-Defendant Fifth Concerto Holdco, Inc. ("Fifth Concerto") have not been

extinguished; (iii) granting Ronit summary judgment on liability; and (iv) awarding Ronit such other and further relief as the Court deems just and proper.

Dated: New York, NY
February 23, 2021

STEIN ADLER DABAH & ZELKOWITZ LLP

By: /s/ Adam J. Stein
Adam J. Stein, Esq.
Matteo J. Rosselli, Esq.
Samuel J. Bazian, Esq.
1633 Broadway, 46th Floor
New York, NY 10019
(212) 867-5620
*Attorneys for Defendant/Counterclaim-Plaintiff Ronit Realty LLC*