# EXHIBIT J

**BROOKLYN BOULDERS**
CLIMBING + COMMUNITY

May 5, 2020

**VIA EMAIL AND FEDEX**

Ronit Realty LLC
Jay Weitzman
Manager
816 Avenue I
Brooklyn, New York 11230

Re:   **TERMINATION NOTICE**

Dear Mr. Weitzman:

This letter is a follow-up to our conference call on Friday, May 1, 2020 and pursuant to the Notice provision of Section 73 of the lease between Ronit Realty LLC and Williamsburg Climbing Gym Company LLC ("Williamsburg"). As stated during the call, Williamsburg terminated the lease effective May 1, 2020 due to frustration of purpose and impossibility resulting from the Executive Orders issued on account of the health emergency due to COVID-19

Governor Cuomo issued two Executive Orders that directly impacted Williamsburg: (1) Executive Order 202.3 requiring all gyms and fitness centers to "cease operations effective at 8:00pm on March 16, 2020"; and (2) Executive Order 202.13 ordering all non-essential construction to cease on March 29, 2020. As of May 1, 2020, and through the current time, we have no knowledge as to when these Orders will be lifted. The available information indicates that when construction can resume and gyms and fitness centers are permitted to re-open and operate, New York City and specialized businesses therein will need to enforce the new concept of social distancing, as well as other practices to protect members and customers from contracting COVID-19.

As Williamsburg, with your approval, was designed to be a studio-based facility, social distancing destroys the very purpose of the lease. Neither of us could have foreseen COVID-19 at the time the lease was entered into in November 2018.

In the near future, we will be filing a complaint in the United States District Court for the Eastern District of New York requesting a judicial confirmation of the termination of the lease., We will provide your attorney with a courtesy copy of the complaint upon filing.

Sincerely,

Mark B. Seiger
VP Legal and General Counsel

BROOKLYNBOULDERS.COM / INFO@BROOKLYNBOULDERS.COM
NEW YORK · BOSTON · CHICAGO

Cc: Mitchell Troyetsky, Esq.